Supreme Court—Budnick v. Finkel.

BLANCHE BUDNICK, BY NEXT FRIEND, AND JOSEPH BUD-
NICK, v. ISIDOR FINKEL, DOING BUSINESS AS ESSEX
COUNTY NEWS COMPANY.

Submitted November Term, 1925—Decided April 29, 1926.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the rule, *Edwin F. Smith.*

*Contra, Thomas F. Meaney.*

PER CURIAM.

Defendant has this rule to show cause why the verdicts
secured by plaintiffs should not be set aside. As no brief
has been filed with us by counsel for the defendant, it is
probable that the prosecution of such rule has been aban-
doned. We have, however, examined the proofs, and con-
clude that the verdicts should not be disturbed.

The rule to show cause is therefore discharged.